**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| 1. IRIS JAMIE HURTADO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIV-14-403-R |
| | ) | |
| 1. OPTIM ONCOLOGY | ) | |
| OKLAHOMA, LLC, et al., | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | **ATTORNEY LIEN CLAIMED** |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 (a) of the Federal Rules of Civil Procedure, the Plaintiff, Iris Jamie Hurtado, dismisses her claims in the above styled and numbered action with prejudice. The parties shall bear their own costs and attorney fees.

**RESPECTFULLY SUBMITTED THIS 10th DAY OF JUNE, 2014.**

> s/Lauren W. Johnston
> Jana B. Leonard, OBA # 17844
> Lauren W. Johnston, OBA # 22341
> LEONARD & ASSOCIATES, P.L.L.C.
> 8265 S. Walker
> Oklahoma City, OK 73139
> Telephone:   405-239-3800
> Facsimile:   405-239-3801
> leonardjb@leonardlaw.net
> johnstonlw@leonardlaw.net
> *Counsel for Plaintiff*